Form moot13

**UNITED STATES BANKRUPTCY COURT**
**Eastern District Of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

In Re: Jesse Rodgers
Case No.: 05–44726 – A659
Chapter:  13

The Chapter 13 Trustee's final report having been filed, IT IS HEREBY ORDERED that any matters not previously disposed are denied as moot.

*Kathy A Surratt-States*

U. S. Bankruptcy Judge

Dated: 3/10/09
St. Louis, Missouri